UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WILHELM,<br><br>  Plaintiff,<br><br>  v.<br><br>SANDAR AUNG,<br><br>  Defendant. | No.  2:22-cv-01026-EFB (PC)<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in this action brought under 42 U.S.C. § 1983.  He has filed a motion seeking to voluntarily dismiss this action.  ECF No. 9. Defendant has not been served.

A plaintiff may dismiss an action without a court order at any time before an opposing party serves an answer or motion for summary judgment.  Fed. R. Civ. P. 41(a).

The Clerk of the Court therefore is directed to enter plaintiff's dismissal without prejudice and to terminate all pending motions (ECF Nos. 2, 5, 6, and 9).

So ordered.

Dated: September 26, 2022.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE